IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED
JUN 28 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JEFFREY LYNN FERGUSON § | |
| § | |
| vs. § | CIVIL ACTION NO. B-98-038 |
| § | |
| ROBERT ESTRADA, LAW OFFICES § | |
| OF ROBERT ESTRADA § | |

### ORDER TRANSFERRING VENUE PURSUANT TO 28 U.S.C. § 1406

Pending before the Court is Plaintiff Jeffrey Lynn Ferguson's ("Ferguson") 28 U.S.C. § 1983 Complaint filed in the Southern District of Texas, Brownsville Division on March 19, 1998. The Complaint was first brought to this Judge's attention on June 28, 1999.

Ferguson alleges a claim for legal malpractice against Defendant Robert Estrada ("Estrada") based on Estrada who represented Ferguson in an aggravated assault charge in Wichita Falls, Texas. Ferguson is currently serving a sentence in the Lynaugh Unit in Fort Stockton, Texas.

Estrada resides and maintains his law office in Wichita Falls, Texas. The events giving rise to the legal malpractice claim occurred in Wichita Falls, Texas. Accordingly, this Court finds that venue does not lie in the Southern District of Texas and orders this case transferred to the Wichita Falls Division of the Northern District of Texas pursuant to 28 U.S.C. § 1406.

IT IS THEREFORE **ORDERED** that the above numbered and entitled cause be **TRANSFERRED** to the Wichita Falls Division of the Northern District of Texas.

DONE in Brownsville, Texas, on this __28th__ day of __June__ 1999.

John Wm. Black
United States Magistrate Judge